IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 08-cv-02517-RPM

MURRY L. SALBY,

    Plaintiff,

v.

UNIVERSITY OF COLORADO and
PROVOST PHILLIP DiSTEFANO,

    Defendants.

_____

ORDER OF DISMISSAL AS TO UNIVERSITY OF COLORADO
_____

    The defendant University of Colorado moved to dismiss this civil action against it on January 15, 2009, asserting sovereign immunity under the Eleventh Amendment to the United States Constitution. The plaintiff filed a response on January 30, 2009, conceding immunity for claims brought under 42 U.S.C. § 1983, but arguing that this Court should exercise supplemental jurisdiction over the state law claim in the fourth claim for relief. The plaintiff misapprehends the nature of the state's sovereign immunity recognized in the Eleventh Amendment. It bars this action against the University of Colorado without regard for the nature of the claim for damages. Accordingly, it is

    ORDERED that this civil action is dismissed as to the defendant University of Colorado.

    DATED: February 2, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge