IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 08-cv-02517-RPM

MURRY L. SALBY,

    Plaintiff,

v.

PROVOST PHILLIP DiSTEFANO,

    Defendant.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

    Upon consideration of Plaintiff's Unopposed Motion to Dismiss [20], filed on March 9, 2009, it is

    ORDERED that this matter is dismissed without prejudice.

    DATED: March 19th, 2009

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge